**Exhibit A to the Complaint**

**Location:** Washington, DC  
**Total Works Infringed:** 24  
**IP Address:** 73.163.189.156  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1873315CD7A47FFB11A5DB2196182119545F9ED9 | 05/26/2025 10:08:18 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 2 | 3AC0CDD0BED5CECA80D61BAB841530781B0475E7 | 05/24/2025 00:04:34 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 3 | 38440DDB1E129CA92627BE618E27A6CC5F8B26B0 | 05/24/2025 00:02:22 | Blacked Raw | 05/16/2025 | 05/21/2025 | PA0002531832 |
| 4 | 4EAC5207E5C08BEC9DEC8AFE3E4C10E619B7D163 | 05/24/2025 00:01:31 | Vixen | 05/16/2025 | 05/21/2025 | PA0002531817 |
| 5 | 99D5B26E67AB6B2C2E60D95F3AE2C567B0FC4635 | 05/10/2025 15:59:03 | Vixen | 05/09/2025 | 05/20/2025 | PA0002531767 |
| 6 | E3D4CACA51D98EDD755DCCFC556C3A6523067A6B | 05/03/2025 11:47:43 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 7 | C03D391E943508608EC84C224893FAA10D1F8112 | 05/02/2025 07:22:50 | Vixen | 04/25/2025 | 05/20/2025 | PA0002531764 |
| 8 | 015A98EECF71E404F7F19AC932B5FFA1F1DEF976 | 04/20/2025 03:57:54 | Wifey | 04/19/2025 | 04/23/2025 | PA0002527350 |
| 9 | 6FD6495AC99558A3F0BC7338D64138CB508AC4F7 | 04/13/2025 04:15:27 | Vixen | 04/11/2025 | 04/23/2025 | PA0002527326 |
| 10 | D235D2E2CEF1A389CDA952506EAFDE1403CF4FC9 | 03/22/2025 14:29:30 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 11 | F26B14E7AC2A2152FB134EB16D4C8929C078078C | 03/22/2025 14:28:05 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 12 | 5FF6E0C678AA407E522E4D1ACB7E83F2F0D423DF | 03/22/2025 06:33:10 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 13 | 32ECF31DFF5F4B09C5CA42363841D43E20323E7C | 03/22/2025 06:32:06 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 14 | C6B9E0A15A9AC5DE3001140A3BAE1D01011E0F9D | 03/22/2025 06:32:05 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 15 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | 03/02/2025 16:16:07 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 16 | D7BA9C611AC945A697FAC8BB763A342F628B385A | 03/02/2025 15:49:19 | Vixen | 02/28/2025 | 03/28/2025 | PA0002522464 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 23AD7785927F77F037EC36842F95897DA89CEEDC | 03/02/2025 15:48:19 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 18 | d41b2cf5a6f513982ab6a6d69527010dfbf38f3e | 02/26/2025 21:14:10 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 19 | 2EB05136D65F6D94BC380C4E42D3107DF99EE8F2 | 02/25/2025 13:35:47 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 20 | E3660F365866649546BFCD4CAA9029ACB3E22C80 | 02/25/2025 13:27:15 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 21 | 4157BB075EC440872C9B41053864287444A90124 | 02/25/2025 13:22:29 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 22 | FE699937DDAB4FA04772B1BD6BAF7CC6722C6AC9 | 02/25/2025 13:16:22 | Vixen | 02/21/2025 | 03/28/2025 | PA0002522471 |
| 23 | 10E528DADEE1DC6EB326EB29290260CD27CEF538 | 12/18/2024 00:41:41 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 24 | 5420DEF2051E8D34A82C47C0692CF130FA3A693D | 12/18/2024 00:40:43 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |