## UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:25-cv-02133-EGS |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 73.163.189.156, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On July 29, 2025, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information.

3. On August 1, 2025, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. Plaintiff issued the subpoena on or about August 5, 2025, in accordance with the time allowances provided to both the ISP and the Defendant, expected to receive the ISP's response on or about September 11, 2025.

1

4.      Plaintiff received the ISP response and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

5.      Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than October 1, 2025.

6.      Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days, and thus the deadline to effect service be extended to November 30, 2025. This extension should allow Plaintiff time to complete its further investigation and, if a good faith basis continues to exist, to proceed against that individual (or someone else), to amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process upon the Defendant.

7.      This motion is made in good faith and not for the purpose of undue delay.

8.      This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended until November 30, 2025. A proposed order is attached for the Court's convenience.

Dated: October 1, 2025                                     Respectfully submitted,

                                                          By: /s/ *Jacqueline M. James*____
                                                          Jacqueline M. James, Esq.
                                                          The James Law Firm, PLLC

445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 1st day of October, 2025, a true correct copy of the above and foregoing was electronically filed with the Clerk of the Court through CM/ECF, which will send notice to the counsel of record and interested parties through this system.

By: */s/ Jacqueline M. James*
Jacqueline M. James